UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JOSHUA SELTZER, et al.,                                         :
:                 **ORDER**
                              Plaintiffs,      :
      v.                                                        :  20 Civ. 4685 (AKH)
:
CLARK ASSOCIATES LLC d/b/a CLARK &             :
FOX, et al.,                                                    :
:
                              Defendants.      :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       In light of Defendants' pending motion to dismiss, the status conference previously scheduled for September 25, 2020 is canceled. A conference will be scheduled following resolution of the motion.

       SO ORDERED.

Dated:     September 23, 2020                    /s/ Alvin K. Hellerstein
          New York, New York                  ALVIN K. HELLERSTEIN
                                                     United States District Judge