UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JOSHUA SELTZER, *et al.*,                           :
                                                    :
                    Plaintiffs,                     :        **SCHEDULING ORDER**
                                                    :
        v.                                          :        20 Civ. 4685 (AKH)
                                                    :
CLARK ASSOCIATES LLC, *et al.*,                     :
                                                    :
                    Defendants.                     :
                                                    :

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

         Plaintiff filed a motion to dismiss counterclaims.  *See* ECF No. 43.  As such, the

case management conference previously scheduled for April 9, 2021, is hereby canceled.

         .

SO ORDERED.

Dated:  New York, New York
        April 8, 2021

                                    _____/s/_____
                                          ALVIN K. HELLERSTEIN
                                          United States District Judge